FILED
June 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **OCTAVIO DANIEL CABRERA VALDEZ, A# 086 680 680,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **SA-26-CV-03262-OLG** |
| **WARDEN, Karnes County Immigration Processing Center, ET AL.,** | § | |
| **Respondents.** | § | |

**ORDER OF DISMISSAL**

Before the Court are *pro se* Petitioner Octavio Daniel Cabrera Valdez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and Respondents' Motion to Dismiss and Consolidate. (Dkt. Nos. 1, 4). After review, the Court orders Cabrera Valdez's § 2241 Petition **DISMISSED WITHOUT PREJUDICE AS MOOT**. (Dkt. No. 1). The Court further orders Respondents' motion **DISMISSED WITHOUT PREJUDICE AS MOOT**. (Dkt. No. 4).

On May 18, 2026, Cabrera Valdez, an immigration detainee, filed this § 2241 Petition contesting the legality of his continued detention and seeking release. (Dkt. No. 1). Cabrera Valdez filed this matter *pro se*, i.e., without counsel. (*Id.*). Then, on May 29, 2026, Cabrera Valdez filed a second § 2241 Petition, but this time the matter was filed by counsel on behalf of Cabrera Valdez. *See Cabrera Valdez v. Facility Warden, Karnes Cnty. Immigr. Proc. Ctr., et al.*, No. 5:26-03504-OLG (W.D. Tex. filed May 29, 2026) (Dkt. No. 1). The Court finds that the filing of the second matter by counsel on behalf of Cabrera Valdez renders the present *pro se* matter moot.

**IT IS THEREFORE ORDERED** that *pro se* Petitioner Octavio Daniel Cabrera Valdez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss and Consolidate (Dkt. No. 4) is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

It is **SO ORDERED**.

**SIGNED** this 4th day of June, 2026.

ORLANDO L. GARCIA
United States District Judge