FILED
June 04, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: NM
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **OCTAVIO DANIEL CABRERA VALDEZ, A# 086 680 680,** | § | |
| **Petitioner,** | § | |
| **v.** | § | **SA-26-CV-03262-OLG** |
| **WARDEN, Karnes County Immigration Processing Center, ET AL.,** | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order dismissing without prejudice *pro se* Petitioner Octavio Daniel Cabrera Valdez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus and Respondents' Motion to Dismiss and Consolidate, the Court renders the following Final Judgment pursuant Rule 58 of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 58.

**IT IS HEREBY ORDERED** that *pro se* Petitioner Octavio Daniel Cabrera Valdez's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FURTHER ORDERED** that Respondents' Motion to Dismiss and Consolidate is **DISMISSED WITHOUT PREJUDICE AS MOOT**.

**IT IS FINALLY ORDERED** that this matter is **CLOSED**.

It is **SO ORDERED**.

**SIGNED** this 4th day of June, 2026.

ORLANDO L. GARCIA
United States District Judge